▇ In the Matter of POLICE BENEVOLENT ASSOCIATION OF THE NEW YORK STATE POLICE, INC., et al., Appellants, against JOSEPH F. GAGLIARDI, as District Attorney of Westchester County, et al., Respondents.— Appeal from an order of the County Court, Westchester County, which denied an application to vacate a search warrant issued under sections 791–813 of the Code of Criminal Procedure. The application was made on the ground that the deposition in support of the issuance of the warrant does not satisfy the terms of section 795 in that it fails to set forth facts tending to establish the grounds for issuance of the warrant, which are set forth in section 792, and in that it fails to set forth facts establishing probable cause for believing that such grounds exist. Appeal dismissed. We do not find in the Code of Criminal Procedure any provision for a proceeding to vacate a search warrant or for an appeal in such a proceeding from an order denying the application to vacate. (Cf. *People ex rel. Simpson Co.* v. *Kempner*, 208 N. Y. 16; *People* v. *Ruth*, 250 App. Div. 819.) Nolan, P. J., Ughetta, Hallinan and Kleinfeld, JJ., concur; Murphy, J., deceased.

▇ In the Matter of REGINA CORPORATION, Respondent, against TROY INDUSTRIES, INC., Appellant.— In a proceeding pursuant to section 964 of the Penal Law, the appeal is from an order which (1) denied appellant's cross motion to vacate and set aside a restraining order entered on appellant's default in appearing and answering, and to permit it to answer the petition on the merits, and (2) granted respondent's motion to punish appellant for contempt for failure to comply with the restraining order to the extent of designating an Official Referee to hear and report as to appellant's contempt and respondent's pecuniary loss or injury arising therefrom. The Special Term held that appellant's default was willful and intentional and that appellant made no factual showing of a meritorious defense. Appeal from order insofar as it provided for the designation of an Official Referee to hear and report dismissed, without costs. No appeal lies from an order of reference to hear and report (*Ambassador Realty Co.*, v. *Nicolay*, 1 A D 2d 972; *Appelbaum* v. *Perlmutter*, 2 A D 2d 894, 895). Order insofar as it denied appellant's cross motion affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Hallinan and Kleinfeld, JJ., concur; Murphy, J. deceased.